1110

No. 94–568. MCKINNEY *v.* OSCEOLA COUNTY BOARD OF COUNTY COMMISSIONERS. C. A. 11th Cir. Certiorari denied.

No. 94–648. AISPURO, WARDEN *v.* MELENDEZ LONGORIA. C. A. 9th Cir. Certiorari denied.

No. 94–692. PARKER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–694. BURKE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–701. NELSON ET UX. *v.* UNITED STATES DEPARTMENT OF THE INTERIOR. C. A. 2d Cir. Certiorari denied.

No. 94–708. EL DORADO PALM SPRINGS, LTD., DBA EL DORADO MOBILEHOME PARK *v.* RENT REVIEW COMMISSION OF THE CITY OF PALM SPRINGS ET AL.; and
No. 94–963. RESIDENTS OF EL DORADO MOBILEHOME PARK *v.* RENT REVIEW COMMISSION OF THE CITY OF PALM SPRINGS ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 94–717. NAPOLI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–721. USX CORP. *v.* COX ET AL.;
No. 94–724. UNITED STEELWORKERS OF AMERICA *v.* COX ET AL.; and
No. 94–910. COX ET AL. *v.* USX CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–748. YONG HYON KIM *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–752. AMERICAN BANKERS ASSN. ET AL. *v.* KELLEY, ATTORNEY GENERAL OF MICHIGAN, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 94–768. CLEVELAND ET AL. *v.* BELTMAN NORTH AMERICAN CO., INC., ET AL. C. A. 2d Cir. Certiorari denied.